Curtis E. Smolar (SBN 194700)
E: Curtis@corexlegal.com
**CORE X LEGAL P.A.**
450 Townsend Street, Suite 207
San Francisco, California 94107
Telephone: (415) 364-8435

Thomas H. Stanton, *pro hac vice*
FL Bar No. 127444
E: tstanton@stantoniplaw.com
Matthew E. Swihart, *pro hac vice*
FL Bar No. 42539
E: mswihart@stantoniplaw.com
**STANTON IP LAW FIRM, P.A.**
201 E. Kennedy Blvd., Suite 1900
Tampa, Florida 33602
T: 813-421-3883
E: service@stantoniplaw.com

*Attorneys for Defendant*
*NULIDS, LLC*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLEPHEX, LLC<br>*Plaintiff,*<br>vs.<br>NULIDS, LLC<br>*Defendant.* | Case No. 3:23-cv-0578-RSH-AHG<br><br>**MOTION AND DECLARATION IN SUPORT THEREFO TO WITHDRAW AS COUNSEL**<br><br>District Judge: Hon. Robert S. Huie<br>Magistrate Judge: Allison H. Goddard<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**COMES NOW**, Curtis E. Smolar, Esquire of Corexlegal PA , pursuant to Local Rule Local Rule 83.3(f)(3), and hereby requests that he be allowed to withdraw as counsel for Defendant NULIDS, LLC and excused from any further responsibilities or obligations in this matter.

Corexlegal PA and its attorneys will no longer be representing NuLids. Thomas Stanton, Esq of Stanton IP Law Firm will currently remain as counsel of record for NuLids and is currently lead counsel on this case. NuLids also has new counsel, Michael J. Hopkins of Sheppard Mullin Richter & Hampton LLP . This motion is presented in good faith and is not intended to delay the proceedings. No party will be prejudiced by this withdrawal of counsel and trial scheduling will not be affected. Defendant consents to this withdrawal.

**WHEREFORE,** Curtis E. Smolar, Esq. on his own behalf and on behalf of all of Corexlegal PA  respectfully requests this Court enter an Order allowing him him to withdraw his representation, and the representation of Corexlegal PA, in general, of Defendant and relieving him of further responsibility for such representation.

I therefore respectfully request that this court grant the request of appellant's counsel to be permitted to withdraw from further representation of the appellant and that new counsel be appointed to represent the appellant in further proceedings.  I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: July 13, 2023 | Respectfully submitted, |
| 4 | | |
| 5 | | /s/ Curtis E. Smolar |
| 6 | | Curtis E. Smolar (SBN 194700) |
| 7 | | E: Curtis@corexlegal.com |
| | | **CORE X LEGAL P.A.** |
| 8 | | 450 Townsend Street, Suite 207 |
| 9 | | San Francisco, California 94107 |
| | | Telephone: (415) 364-8435 |
| 10 | | |
| 11 | | Thomas H. Stanton, *pro hac vice* |
| | | FL Bar No. 127444 |
| 12 | | E: tstanton@stantoniplaw.com |
| 13 | | Matthew E. Swihart, *pro hac vice* |
| | | FL Bar No. 42539 |
| 14 | | E: mswihart@stantoniplaw.com |
| 15 | | **STANTON IP LAW FIRM, P.A.** |
| | | 201 E. Kennedy Blvd., Suite 1900 |
| 16 | | Tampa, Florida 33602 |
| 17 | | T: 813-421-3883 |
| | | E: service@stantoniplaw.com |
| 18 | | |
| 19 | | *Attorneys for Defendant* |
| | | *NULIDS, LLC* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## CERTIFICATE OF SERVICE AND DECLARATION OF SERVICE PURSUANT TO LOCAL RULE 83.3

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 13, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per LCvR 5.4. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

In addition, pursuant to Local Rule 83.3, I caused the foregoing to be served on Defendant NuLids electronically:

NuLids, LLC
c/o Mark Saad, CEO
1835A S. Center City Parkway, #401
Escondido, California 92025

And via electronic mail to mark@nulids.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 11, 2023

                                              /s/ *Curtis E. Smolar*
                                              Curtis E. Smolar