| | |
|---|---|
| Thomas H. Stanton, *pro hac vice*<br>FL Bar No. 127444<br>E: tstanton@stantoniplaw.com<br>STANTON IP LAW FIRM, P.A.<br>100 S. Ashley Blvd., Suite 600<br>Tampa, Florida 33602<br>T: 813-421-3883<br>E: service@stantoniplaw.com<br><br>Stephen S. Korniczky<br>Sheppard Mullin<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130-4092<br>T: 858-720-7443<br>E: skorniczky@sheppardmullin.com<br><br>Michael Hopkins<br>Sheppard Mullin<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130-4092<br>T: 858-720-7486<br>E: mhopkins@sheppardmullin.com<br><br>*Attorneys for Defendant*<br>*NULIDS, LLC* | Jason F. Lake (SBN 254147)<br>jasonlake@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Matthew D. Robson (pro hac vice)<br>(N.Y. Bar No. 4611505)<br>matthewrobson@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>*Facsimile: (212) 849-7100*<br><br>Peter J. Armenio (pro hac vice)<br>(N.Y. Bar No. 2714517)<br>peter.armenio@whitecase.com<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>Telephone: (212) 819-8216<br>*Facsimile: (212) 354-8113*<br><br>*Attorneys for Plaintiff*<br>*BLEPHEX, LLC* |

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLEPHEX, LLC<br><br>    *Plaintiff*,<br><br>vs.<br><br>NULIDS, LLC<br><br>    *Defendant*. | Case No. 23-cv-0578-RSH-AHG<br><br>**JOINT MOTION FOR EXTENSION OF TIME ON DISCOVERY DEADLINES**<br><br>District Judge: Hon. Robert S. Huie<br>Magistrate Judge: Allison H. Goddard<br><br>Hearing Date: |

1

|   | Hearing Time: |
|---|---|
|   | Courtroom: |

Defendant NuLids, LLC ("NuLids" or "Defendant") and BlephEx, LLC ("BlephEx" or "Plaintiff"), by and through their respective counsel, hereby jointly move for approval of the following stipulation:

## STIPULATION

WHEREAS, on March 31, 2023, Plaintiff filed a complaint ("Complaint") in this action;

WHEREAS, Plaintiff has asserted infringement of a patent in its Complaint;

WHEREAS, on April 3, 2023, Plaintiff served the Complaint on NuLids;

WHEREAS, on April 24, 2023, Plaintiff agreed to, and the Court granted the Parties Joint Motion for Approval of Stipulation Regarding Deadline for NuLids, LLC's Response to Plaintiff's Complaint, where NuLids's deadline to move, answer, or otherwise respond to Plaintiff's Complaint was extended by thirty-eight (38) days to Thursday, June 1, 2023.

WHEREAS, on June 1, 2023, Defendant filed a Motion to Dismiss in this action ("Motion");

WHEREAS, on June 12, 2023, Defendant agreed to, and the Court granted the Parties Joint Motion for Extension of Time extending Plaintiff's deadline to respond to Defendant's Motion to Dismiss by fourteen (14) days to Thursday, June 29, 2023.

WHEREAS, on June 29, 2023, Plaintiff filed an Opposition to Defendant's Motion to Dismiss.

| | |
|---|---|
| 1 | WHEREAS, on July 3, 2023, a Joint Motion for Extension of Time to file response in Opposition to Motion to Dismiss (Doc. 21) was filed and granted the same day by this Court, where Defendant's deadline to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss was extended by seven (7) days to Thursday, July 13, 2023. |

WHEREAS, on July 3, 2023, a Joint Motion for Extension of Time to file response in Opposition to Motion to Dismiss (Doc. 21) was filed and granted the same day by this Court, where Defendant's deadline to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss was extended by seven (7) days to Thursday, July 13, 2023.

WHEREAS, on July 12, 2023, a Joint Discovery Plan was filed.

WHEREAS, on July 19, 2023, a Minute Order of Transfer was entered, where Magistrate Judge Allison H. Goddard was no longer assigned, the case was reassigned to Magistrate Judge Steve B. Chu for all further proceedings, and the new case number became 23cv578-RSH(SBC)

WHEREAS, on September 26, 2023, an Order denying Motion to Dismiss was entered by this court, signed by Judge Huie.

WHEREAS, on October 4, 2023, a Joint Motion for Protective Order was entered and granted on October 11, 2023.

WHEREAS, on October 10, 2023, a Joint Motion for Extension of Time was entered to File an Answer, extending the deadline by seven (7) days, and granted by the Court on October 11, 2023, said Answer was filed with the Court on October 17, 2023.

WHEREAS, on October 11, 2023, Curtis E. Smolar's Motion to Withdraw as Counsel for NuLids, LLC and the Notice of Appearance for new local counsel on behalf of NuLids, LLC., was entered.

WHEREAS, on October 18, 2023, this Court Noticed and Ordered Video Early Neutral Evaluation Conference and Video Case Management.

WHEREAS, the parties have conferred, and both Defendant and Plaintiff agree that good cause exists to extend the schedule such that parties propose a two-week extension on the remaining Discovery dates. Specifically, the following:

| Current | Amended | Event |
|---|---|---|
| 10/27/2023 | 11/10/23 | Exchange of Preliminary Claim Construction Charts and Extrinsic Evidence |
| 11/13/2023 | 11/27/23 | Responsive Claim Constructions Charts and extrinsic evidence |
| 11/27/2023 | 12/11/23 | Meet and confer on joint chart |
| 12/4/2023 | 12/18/23 | Joint Claim Construction Chart, Worksheet and Hearing Statement |
| 1/16/2024 | Same (1/16/24) | Completion of Claim Construction Discovery |
| 1/30/2024 | Same (1/30/24) | Opening Claim Construction briefs |
| 2/16/2024 | Same (2/16/24) | Responsive Claim Construction briefs |

The requested dates are designed to not interfere with the court assigned trial dates but allow for the preliminary exchange claim construction charts and enhance the quality of responses to each party.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, subject to approval of the Court:

(1). The parties agree that Discovery deadlines on the Joint Claim Construction Chart, Worksheet and Hearing statement and the Completion of Claim Construction Discovery shall be extended two (2) weeks, according to the timelines in the chart listed above.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| DATED: October 27, 2023 | | Respectfully submitted, |

                                                   */s/ Thomas H. Stanton*

**Thomas H. Stanton,** *pro hac vice*
FL Bar No. 127444
E: tstanton@stantoniplaw.com
STANTON IP LAW FIRM, P.A.
100 S. Ashley Blvd., Suite 600
Tampa, Florida 33602
T: 813-421-3883
E: service@stantoniplaw.com

Stephen S. Korniczky
Sheppard Mullin
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
T: 858-720-7443
E: skorniczky@sheppardmullin.com

Michael Hopkins
Sheppard Mullin
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092
T: 858-720-7486
E: mhopkins@sheppardmullin.com

*Attorneys for Defendant*
*NULIDS. LLC*

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | */s/ Jason F. Lake*<br>Jason F. Lake (SBN 254147)<br>jasonlake@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |

/s/ Jason F. Lake
Jason F. Lake (SBN 254147)
jasonlake@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Matthew D. Robson (pro hac vice)
(N.Y. Bar No. 4611505)
matthewrobson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
*Facsimile: (212) 849-7100*

Peter J. Armenio (pro hac vice)
(N.Y. Bar No. 2714517)
peter.armenio@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8216
*Facsimile: (212) 354-8113*

*Attorneys for Plaintiff*
*BLEPHEX, LLC*

## **FILER'S ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Executed on October 27, 2023

*/s/ Thomas H. Stanton*

**Thomas H. Stanton**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 27, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per LCvR 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Respectfully submitted,

/s/ Thomas H. Stanton, Esq.

**Thomas H. Stanton, Esq.**
**FBN: 127444**
**Stanton IP Law Firm**
201. E. Kennedy Blvd. Suite 1900
Tampa, FL 33616
Telephone: 877-677-9913
Email: tstanton@stantoniplaw.com

Attorneys for Defendant