UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLEPHEX, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>NULIDS, LLC,<br><br>　　　　　　　　　Defendant. | Case No.: 23cv0578-RSH-SBC<br><br>**ORDER DENYING JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES**<br><br>**[ECF NO. 42]** |

Before the Court is the Parties' joint motion to extend discovery deadlines. (ECF No. 42.) The Court is not able to provide an extension because a scheduling order is not yet in place. If the case does not resolve at the Early Neutral Evaluation set for December 12, 2023, the Court will enter a formal scheduling order after the Case Management Conference. Accordingly, the Parties' motion is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: October 30, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Steve B. Chu
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge