UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLEPHEX, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>NULIDS, LLC,<br><br>                Defendant. | Case No.: 23cv0578-RSH-SBC<br><br>**CASE MANAGEMENT ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS IN A PATENT CASE** |

1. On or before **January 30, 2024**, each party claiming patent infringement shall separately serve on all parties a Disclosure of Asserted Claims and Preliminary Infringement pursuant to Patent L.R. 3.1 and produce documents as required by Patent L.R. 3.2.

2. On or before **March 29, 2024**, each party opposing a claim of infringement shall serve Invalidity Contentions pursuant to Patent L.R. 3.3 and produce documents as required by Patent L.R. 3.4.

3. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **March 18, 2024**.

4. On or before **April 12, 2024**, the parties shall exchange Preliminary Claim Constructions pursuant to Patent L.R. 4.1(a) and identify extrinsic evidence as required by Patent L.R. 4.1(b).

5. On or before **April 26, 2024**, the parties shall exchange Responsive Claim Constructions pursuant to Patent L.R. 4.1(c) and identify extrinsic evidence as required by Patent L.R. 4.1(d).

6. On or before **May 10, 2024**, parties shall complete and file a Joint Claim Construction Chart, Joint Claim Construction Worksheet, and Joint Hearing Statement pursuant to Patent L.R. 4.2.

7. The deadline for filing, as of right, Amended Infringement Contentions by a party claiming infringement is **May 10, 2024**. See Patent L.R. 3.6(a).

8. All discovery intended for use in the Claim Construction Hearing must be completed by **June 7, 2024**. See Patent L.R. 4.3.

9. The deadline for filing, as of right, Amended Invalidity Contentions by the party opposing infringement is **June 7, 2024**. See Patent L.R. 3.6(b)

10. On or before **June 21, 2024**, the parties must file simultaneously their Opening Claim Construction Briefs. See Patent L.R. 4.4(a).

11. On or before **July 5, 2024**, the parties must file simultaneously their Responsive Claim Construction Briefs. See Patent L.R. 4.4(b).

12. The Claim Construction and tutorial hearing will be held **July 18, 2024**, at **1:30 p.m.** before **District Judge Robert S. Huie**. See Patent L.R. 4.5.

13. Not later than thirty (30) days after the filing of the Claim Construction Order, any party relying upon advice of counsel as part of a patent-related claim or defense for any reason must make the disclosures required by Patent L.R. 3.7

14. A party asserting infringement must serve final amended infringement contentions, within the meaning of Patent L.R. 3.6(a)(1), not later than thirty (30) days after service of the Court's Claim Construction Ruling.

/ / / /

/ / / /

/ / / /

/ / / /

15. A party opposing a claim of infringement must serve final amended invalidity contentions, within the meaning of Patent L.R. 3.6(b)(2), not later than fifty (50) days after service of the Court's Claim Construction ruling.

**IT IS SO ORDERED.**

Dated: January 16, 2024

Hon. Steve B. Chu
United States Magistrate Judge

3
23cv0578-RSH-SBC