SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal Bar No. 135532
MICHAEL J. HOPKINS, Cal Bar No. 326621
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:  858.720.8900
E mail        skorniczky@sheppardmullin.com
              mhopkins@sheppardmullin.com

Thomas H. Stanton, *pro hac vice* (FL Bar No. 127444)
BOCHNER PLLC
100 S. Ashley Dr., Suite 600
Tampa, Florida 33602
Telephone:  813.421.3883
Email:        tstanton@bochner.law

Paul L. Fraulo (*admitted pro hac vice*)
Laura A. Harper (Cal. Bar No. 341123)
BOCHNER PLLC
1040 Avenue of the Americas, 15th Flr.
New York, New York 10018
Telephone:  914.275.1638
Email:        paul@bochner.law
              laura@bochner.law

Attorneys for Defendant NULIDS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BLEPHEX, LLC, | Case No. 23-cv-0578-RSH-SBC |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF LOCAL COUNSEL** |
| v. | |
| NULIDS, LLC, | Judge:  Hon. Robert S. Huie |
| Defendant. | |

**PLEASE TAKE NOTICE** that Stephen S. Korniczky (Cal. Bar No. 135532) and Michael J. Hopkins (Cal Bar No. 326621) of Sheppard, Mullin, Richter & Hampton, LLP hereby withdraw as local counsel of record for Defendant NuLids, LLC ("NuLids") in the above-captioned proceeding.  All other counsel will remain and continue to serve as the designated attorney(s) for NuLids, and all future

1 | correspondence, documents and papers in this action should be directed and served to
2 | them.
3 | Dated: January 18, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Stephen S. Korniczky*
Stephen S. Korniczky (Cal. Bar No. 135532)
Michael J. Hopkins (Cal Bar No. 326621

Attorneys for Plaintiff
SAN DIEGO COUNTY CREDIT UNION